**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-02199-CMA-KMT

SPRINGMEADOWS CONDOMINIUM ASSOCIATION, a Colorado nonprofit corporation,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Defendant.

---

**ORDER TO ADMINISTRATIVELY CLOSE CASE**

---

On December 9, 2014, Magistrate Judge Tafoya granted a stay in this matter pending completion of an appraisal. (Doc. # 27.) In that order, Judge Tafoya ordered that the parties file a joint status report within fourteen days of the completion of the appraisal process, which the parties invoked in June 2012. Upon review of the case, on March 12, 2015, this Court ordered the parties file a joint status report with a timeline for how long the appraisal process was anticipated to take. (Doc. # 30.) The parties filed said report on April 10, 2015, but were unable to provide a timeline for completion of the appraisal process. (Doc. # 32.) To date, no update has been filed with this Court.

Accordingly, the Court finds that rather than leaving this case open for possibly years pending appraisal, this case should be administratively closed pursuant to

D.C.COLO.LCivR 41.2, with leave to be reopened for good cause shown.  Accordingly, it is

ORDERED that the Clerk of the Court shall ADMINISTRATIVELY CLOSE this action pursuant to D.C.COLO.LCivR 41.2.

IT IS FURTHER ORDERED that the parties shall have leave to file a request to reopen, or shall file a motion to dismiss, <u>within 14 days of the completion of the appraisal process</u>.

IT IS FURTHER ORDERED that the parties shall file a joint status report every <u>90 days from the date of this Order</u>.

DATED:  April 30, 2015

BY THE COURT:

*[signature: Christine M. Arguello]*

_____
CHRISTINE M. ARGUELLO
United States District Judge